IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /K/ D.C.

05 SEP 21 AM 10: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

RICHARD RODNEY, JR.,

    Plaintiff,

v.

NORTHWEST AIRLINES, INC., and
NORTHWEST AIRLINES, CORP.,

    Defendants.

No. 01-2167-Bre
Companion Case with 99-2994-M1

## ORDER ADMINISTRATIVELY CLOSING CASE

On September 20, 2005, the Defendants, Northwest Airlines, Inc. and Northwest Airlines, Corp., filed a pleading entitled "Notice of Bankruptcy" noting that on September 14, 2005, these Defendants filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, otherwise known as the "Bankruptcy Code." As a result of that filing, an automatic stay is entered preventing further action in this case. See 11 U.S.C. § 362(a)(1). As a result of the Defendants' action, there can be no further action taken by this Court relative to the Plaintiff's claims.

Accordingly, the Court enters this administrative order terminating this litigation without prejudice to the substantive or procedural rights of the parties hereto. Upon termination of the bankruptcy proceeding or upon an order issued by the Bankruptcy Court allowing this lawsuit to proceed, the Court will reopen this action, upon proper notice and motion by the appropriate party. Otherwise, this case is administratively closed.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-21-05

92

IT IS SO ORDERED this 21st day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 92 in case 2:01-CV-02167 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

Michael F. Rafferty
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Daniel M. Cohen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103--636

Jordan Lewis
SIEGEL BRILL BREUPNER DUFFY & FOSTER, P.A.
400 East Wisconsin Ave.
Ste. 333
Milwaukee, WI 53202--446

Michael Straus
STRAUS & BOIES, LLP
1130 22nd Street South
Birmingham, AL 35205

Michael Straus
BAINBRIDGE & STRAUS, LLP
2210 Second Avenue North
Birmingham, AL 35203

Alfred P. Levitt
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., N.W.
Ste. 570
Washington, DC 20015

Craig G. Harley
CHITWOOD & HARLEY
1230 Peachtree St., N.E.
2900 Promenade II
Atlanta, GA 30309

Donald L. Flexner
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., N.W.
Ste. 570
Washington, DC 20015

David Berger
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103--636

Don Barrett
BARRETT LAW FIRM
404 Court Square North
P.O. Drawer 987
Lexington, MS 39095

Gerald F. Easter
LAW OFFICE OF GERALD EASTER
369 N. Main St.
Memphis, TN 38103

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

James R. Garts
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

James P. Denvir
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., N.W.
Ste. 570
Washington, DC 20015

Ian Otto
STRAUS & BOIES, LLP
10513 Braddock Road
Fairfax, VA 22032

Martin D. Chitwood
CHITWOOD HARLEY & HARNES LLP
1230 Peachtree St., N.E.
2900 Promenade II
Atlanta, GA 30309

Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103--636

Timothy D. Battin
STRAUS & BOIES, LLP
10513 Braddock Road
Fairfax, VA 22032

Patrick Barrett
BARRETT LAW OFFICES
3319 West End Ave.
Ste. 600
Nashville, TN 37203

Patrick E. Cafferty
MILLER FAUCHER CAFFERTY & WEXLER, LLP
101 N. Main St.
Ste. 885
Ann Arbor, MI 48104

Merrill G. Davidoff
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103--636

Jerome Marcus
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103--636

David Boies
STRAUS & BOIES, LLP
10513 Braddock Road
Fairfax, VA 22032

Marvin A. Miller
MILLER FAUCHER CAFFERTY & WEXLER, LLP
101 N. Main St.
Ste. 885
Ann Arbor, MI 48104

Honorable J. Breen
US DISTRICT COURT