*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY  D.C.

05 SEP 22 PM 2: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

**RICHARD RODNEY, JR.,**    **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

**v.**

**NORTHWEST AIRLINES, INC., and**    **CASE NO: 2:01-2167-B**
**NORTHWEST AIRLINES. CORP.,**    **Companion Case with 2:99-2994-Ml**

    **Defendants.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Administratively Closing Case entered on September 20, 2005, this cause is hereby dismissed without prejudice.

**APPROVED:**

_____
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

9/22/05
Date

**THOMAS M. GOULD**

_____
**Clerk of Court**

_____
**(By) Deputy Clerk**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  9-22-05

93

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 93 in case 2:01-CV-02167 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Don Barrett
BARRETT LAW FIRM
404 Court Square North
P.O. Drawer 987
Lexington, MS 39095

Merrill G. Davidoff
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103--636

Timothy D. Battin
STRAUS & BOIES, LLP
10513 Braddock Road
Fairfax, VA 22032

David Berger
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103--636

Michael F. Rafferty
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Daniel M. Cohen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103--636

Martin D. Chitwood
CHITWOOD HARLEY & HARNES LLP
1230 Peachtree St., N.E.
2900 Promenade II
Atlanta, GA 30309

Patrick E. Cafferty
MILLER FAUCHER CAFFERTY & WEXLER, LLP
101 N. Main St.
Ste. 885
Ann Arbor, MI 48104

Ian Otto
STRAUS & BOIES, LLP
10513 Braddock Road
Fairfax, VA 22032

Marvin A. Miller
MILLER FAUCHER CAFFERTY & WEXLER, LLP
101 N. Main St.
Ste. 885
Ann Arbor, MI 48104

Patrick Barrett
BARRETT LAW OFFICES
3319 West End Ave.
Ste. 600
Nashville, TN 37203

Alfred P. Levitt
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., N.W.
Ste. 570
Washington, DC 20015

Gerald F. Easter
LAW OFFICE OF GERALD EASTER
369 N. Main St.
Memphis, TN 38103

Craig G. Harley
CHITWOOD & HARLEY
1230 Peachtree St., N.E.
2900 Promenade II
Atlanta, GA 30309

James P. Denvir
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., N.W.
Ste. 570
Washington, DC 20015

Michael Straus
STRAUS & BOIES, LLP
1130 22nd Street South
Birmingham, AL 35205

Jerome Marcus
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103--636

Michael Straus
BAINBRIDGE & STRAUS, LLP
2210 Second Avenue North
Birmingham, AL 35203

Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103--636

James R. Garts
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Donald L. Flexner
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., N.W.
Ste. 570
Washington, DC 20015

Jordan Lewis
SIEGEL BRILL BREUPNER DUFFY & FOSTER, P.A.
400 East Wisconsin Ave.
Ste. 333
Milwaukee, WI 53202--446

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

David Boies
STRAUS & BOIES, LLP
10513 Braddock Road
Fairfax, VA 22032

Honorable J. Breen
US DISTRICT COURT